IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| H2 DESIGN GROUP, INC., | ) |
| Plaintiff, | ) |
| vs. | ) 2:06cv1496 |
| | ) Electronic Filing |
| H2 SEO, LLC., | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 7th day of May, 2007, upon due consideration of Plaintiff's motions to Strike Defendant's answer and Defendant's failure to respond thereto within the time permitted by [12] Order of Court dated February 20, 2007, IT IS ORDERED that plaintiff's motion to strike [8] and motion to strike and request for entry of default judgment [13] be, and the same hereby are, granted as follows: Defendant's pro se answer is stricken from the record. Plaintiff may request default from the Clerk of Court without delay. After the entry of default plaintiff may move for default judgment.

s/ David Stewart Cercone
David Stewart Cercone
United States District Judge

cc:   Mark A. Willard, Esquire
      Eckert, Seamans, Cherin & Mellott
      600 Grant Street
      44th Floor
      Pittsburgh, PA 15219

      Michael D. Hudson
      H2 SEO, LLC
      172 Sherrill Loop Road
      Sneads Ferry, NC 28460